Argued and submitted January 28, reversed and remanded with instructions in part; otherwise affirmed February 11, petition for review allowed by opinion March 18, 1998
See 327 Or 172, 957 P2d 1222 (1998)

## STATE OF OREGON,
*Respondent,*

*v.*

## MARCUS SAVELLE HARDGES,
*Appellant.*

(94-11-37780; CA A89351)

952 P2d 574

Brian P. Conry argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Leeson, Presiding Judge, and Landau, Judge, and Peterson, Senior Judge.

PER CURIAM

Reversed and remanded with instructions to allow demurrer to ORICO charges; otherwise affirmed. *State v. Fair*, 145 Or App 96, 929 P2d 1012 (1996), *rev allowed* 325 Or 45 (1997).